**FILED**

09/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0320

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 21-0320

THOMAS ALVARADO,

Plaintiff and Appellant,

v.

CORRECTIONAL CORPORATION OF
AMERICA, et al.,

Defendants and Appellees.

**ORDER**

Appellee, CoreCivic, Inc. (f/k/a Corrections Corporation of America), moved this Court pursuant to Mont. R. App. P. 26(1) for an order granting an extension of time up to and including October 27, 2021 for Appellee to file its answer brief;

IT IS HEREBY ORDERED that Appellee's motion for an extension is GRANTED. Appellee CoreCivic, Inc. shall have up to and including October 27, 2021 to file its answer brief.

Dated this ____ day of _____, 2021.

_____
Supreme Court Justice

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 13 2021